FILED BY ___ D.C.

05 AUG -3 AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

Case No.: 00-20101 D

**TERRANCE JERMAINE LEWIS,**

    Defendant.

## ORDER

On the docket is Defendant Terrance Jermaine Lewis's Motion to Alter Judgment (Docket No. 154). Upon review of the record and the motion, it appears that cause does not exist for relief. Accordingly, the motion is DENIED.

**IT IS SO ORDERED** this 2nd day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/4/05

155

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:00-CR-20101 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT